108 F.3d 1392
 NOTICE: Federal Circuit Local Rule 47.6(b) states that opinions and orders which are designated as not citable as precedent shall not be employed or cited as precedent. This does not preclude assertion of issues of claim preclusion, issue preclusion, judicial estoppel, law of the case or the like based on a decision of the Court rendered in a nonprecedential opinion or order.
FEDERAL-MOGUL CORPORATION, Plaintiff-Appellee,
and
The Torrington Co., Plaintiff,
v.
FAG KUGELFISCHER GEORG SCHAFER KGaA, FAG Cuscinetti S.p.A.
and FAG Bearings Corporation, Defendants-Appellants.
and
The United States, SKF USA, Inc., SKF France, S.A., SKF
GmbH, SKF Industrie, S.p.A., SKF (U.K.) Limited, SKF Sverige
AB, FAG (U.K.) Limited, Barden Corporation (U.K.) Limited,
the Barden Corporation, Barden Precision Bearing
Corporation, RHP Bearings, RHP Bearing Inc, Peer Bearing
Company, Koyo Seiko Co., Ltd., Koyo Corporation of U.S.A.,
NSK, Ltd., NSK Corporation, SNR Roulements, NTN Bearing
Corporation of America, America NTN Bearing Manufacturing
Corporation, NTN Corporation and NTN Kugellagerfabrik
(Deutschland) GmBh, Defendants.
 No. 97-1183.
 United States Court of Appeals, Federal Circuit.
 Feb. 25, 1997.
 ORDER
 The parties having so agreed, it is
 
 1
 ORDERED that the proceeding is DISMISSED under Fed.R.App.P. 42(b).